L<small>O</small>F<small>ARO</small> & R<small>EISER</small>, LLP
Glenn R. Reiser, Attorney Id.: 021481990
20 Court Street, Suite 4
Hackensack, N.J.  07601
Tel: (201) 498-0400
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>JOHN BAVARO,<br><br>Debtor. | CHAPTER 13<br>Case No.: 17-15241-RG<br><br>Hearing Date: On the Papers<br><br>**DECLARATION OF JOHN BAVARO IN REPLY TO TO US NATIONAL BANK'S CERTIFICATION OF DEFAULT** |

**JOHN BAVARO**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:.

1. I am the Debtor in this Chapter 13 filing. I submit this Declaration based on facts within my personal knowledge, and in opposition to the relief from stay application filed by U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ("US Bank").

2. Attached as **Exhibit 1**.is proof of payment of $10,938.58 – the amount necessary to cure the post-petition default to the secured creditor – which I sent out this morning via USPS priority mail (tracking # EJ006685754US).

3. Accordingly, I respectfully ask that stay relief be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2019

_____
John Bavaro

1

**EXHIBIT**

| | |
|---|---|
| From: | John Bavaro |
| To: | Glenn Reiser |
| Subject: | Re: Ch-13 17-15241-RG Creditor"s Certification of Default - JOHN BAVARO |
| Date: | Monday, July 15, 2019 8:27:22 AM |

Payment in the amount of $10,938.58 was sent out this morning via USPS Express Priority mail. It will arrive tomorrow by noon. Tracking number is EJ006685754US. I have attached a picture of the check and the address it was sent to.

