Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–15241–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  JOHN BAVARO
  36 Star Lake Road
  Bloomingdale, NJ 07403
Social Security No.:
  xxx–xx–9058
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*92* – Affidavit in Opposition to (related document:91 Creditor's Certification of Default (related document:68 Motion for Relief from Stay re: 36 Star lake Road, Bloomingdale, New Jersey 07403. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006–AC1, Asset–Backed Certificates, Series 2006–AC1, 74 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006–AC1 Asset–Backed Certificates, Series 2006–AC1. Objection deadline is 07/26/2019. (Attachments: # 1 Exhibit Consent Order # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006–AC1 Asset–Backed Certificates, Series 2006–AC1) filed by Glenn R Reiser on behalf of JOHN BAVARO. (Reiser, Glenn)

Dated: 7/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court