Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15241−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JOHN BAVARO
   36 Star Lake Road
   Bloomingdale, NJ 07403

Social Security No.:
   xxx−xx−9058

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

**92** − Affidavit in Opposition to (related document:91 Creditor's Certification of Default (related document:68 Motion for Relief from Stay re: 36 Star lake Road, Bloomingdale, New Jersey 07403. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006−AC1, Asset−Backed Certificates, Series 2006−AC1, 74 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006−AC1 Asset−Backed Certificates, Series 2006−AC1. Objection deadline is 07/26/2019. (Attachments: # 1 Exhibit Consent Order # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006−AC1 Asset−Backed Certificates, Series 2006−AC1) filed by Glenn R Reiser on behalf of JOHN BAVARO. (Reiser, Glenn)

Dated: 7/16/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15241-RG
JOHN BAVARO                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2019
                             Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db            +JOHN BAVARO,    36 Star Lake Road,    Bloomingdale, NJ 07403-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2019 00:24:57      Ally Capital,
                serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN  55113-0004
cr             E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2019 00:24:57      Ally Financial,
                PO Box 130424,   Roseville, MN  55113-0004
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 00:36:51
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Glenn R Reiser    on behalf of Debtor JOHN  BAVARO greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A.
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10