UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LOFARO & REISER, L.L.P.
(Glenn R. Reiser)
20 Court Street
Hackensack, New Jersey 07601
(201) 498-0400
Attorneys for Debtor

Order Filed on April 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    JOHN BAVARO,

            Debtor.

CHAPTER 7

CASE NO.: 17-15241-RG

HEARING DATE: 4/25/20

JUDGE: GAMBARDELLA

**ORDER GRANTING MOTION TO REINSTATE STAY**

The relief set forth on the following page is **ORDERED**.

**DATED: April 27, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

```
3. The Debtor shall remain current on his post-petition mortgage
payments to secured creditor Specialized Loan Servicing, LLC, the
servicer for U.S. Bank National Association
```