UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LOFARO & REISER, L.L.P.
(Glenn R. Reiser)
20 Court Street
Hackensack, New Jersey 07601
(201) 498-0400
Attorneys for Debtor

**Order Filed on April 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    JOHN BAVARO,

        Debtor.

CHAPTER 7

CASE NO.: 17-15241-RG

HEARING DATE: 4/25/20

JUDGE: GAMBARDELLA

# ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: April 27, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

3. The Debtor shall remain current on his post-petition mortgage payments to secured creditor Specialized Loan Servicing, LLC, the servicer for U.S. Bank National Association

United States Bankruptcy Court
District of New Jersey

In re:  
JOHN BAVARO  
    Debtor

Case No. 17-15241-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 28, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.  
db        +JOHN BAVARO,    36 Star Lake Road,    Bloomingdale, NJ 07403-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:

           Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ewassall@logs.com, njbankruptcynotifications@logs.com  
           Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 bk@stewartlegalgroup.com  
           Glenn R Reiser    on behalf of Debtor JOHN BAVARO greiser@new-jerseylawyers.com, r.gr75895@notify.bestcase.com  
           John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                         TOTAL: 11