Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15241−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JOHN BAVARO
   36 Star Lake Road
   Bloomingdale, NJ 07403

Social Security No.:
   xxx−xx−9058

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 116 − 115
Order Granting Motion For Relief From Stay re: 2013 Chevrolet Equinox (Related Doc # 115). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/22/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 23, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15241-RG
JOHN BAVARO                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 23, 2020
                              Form ID: orderntc        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +JOHN BAVARO,    36 Star Lake Road,    Bloomingdale, NJ 07403-1220
cr             +Specialized Loan Servicing, LLC as servicing agent,    POB 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ally@ebn.phinsolutions.com Sep 24 2020 00:43:15     Ally Capital,
                 serviced by Ally Servicing LLC,   PO Box 130424,    Roseville, MN  55113-0004
cr              E-mail/Text: ally@ebn.phinsolutions.com Sep 24 2020 00:43:15     Ally Financial,
                 PO Box 130424,    Roseville, MN  55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2020 00:48:03
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1
               bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series
               2006-AC1 ewassall@logs.com,   njbankruptcynotifications@logs.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust
               2006-AC1, Asset-Backed Certificates, Series 2006-AC1 bk@stewartlegalgroup.com
              Glenn R Reiser    on behalf of Debtor JOHN  BAVARO greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A.
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11