**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Ally Financial
Our File No.: 51648
JM-5630

Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Bavaro

| | |
|---|---|
| Case No.: | 17-15241 |
| Hearing Date: | 9-16-2020 |
| Judge: | RG |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____Ally Financial_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏   Real property more fully described as:

☑   Personal property more fully described as:

  2013 Chevrolet Equinox
  Vehicle Identification Number
  2GNFLEEK5D6115237

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re: Case No. 17-15241-RG
JOHN BAVARO Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Sep 23, 2020
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
db +JOHN BAVARO,   36 Star Lake Road,   Bloomingdale, NJ 07403-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:
 Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
  Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1
  bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
 Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
  Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
  dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
 Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
  Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series
  2006-AC1 ewassall@logs.com,  njbankruptcynotifications@logs.com
 Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
  U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust
  2006-AC1, Asset-Backed Certificates, Series 2006-AC1 bk@stewartlegalgroup.com
 Glenn R Reiser    on behalf of Debtor JOHN  BAVARO greiser@new-jerseylawyers.com,
  r.gr75895@notify.bestcase.com
 John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
  mortoncraigecf@gmail.com
 John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
  mortoncraigecf@gmail.com
 Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
  Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1
  kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
 Marie-Ann Greenberg    magecf@magtrustee.com
 Michael E. Blaine    on behalf of Creditor    TD Bank, N.A.
  tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
 U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 11