Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL 5, 2022

**Chapter 13 Case # 17-15241**

Re:  JOHN BAVARO                                        Atty:  GLENN R REISER
     36 STAR LAKE ROAD                                         LOFARO AND REISER, LLP
     BLOOMINGDALE, NJ  07403                                   20 COURT STREET
                                                               HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $98,850.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/17/2017 | $1,000.00 | 3883385000 - | 05/02/2017 | $1,000.00 | 3928643000 - |
| 06/02/2017 | $1,000.00 | 4012830000 - | 07/05/2017 | $1,250.00 | 4090637000 - |
| 08/02/2017 | $1,500.00 | 4176976000 - | 09/05/2017 | $1,500.00 | 4254923000 - |
| 10/03/2017 | $1,500.00 | 4333527000 - | 11/02/2017 | $1,700.00 | 4411329000 - |
| 12/04/2017 | $1,700.00 | 4490824000 - | 01/01/2018 | $1,700.00 | 4555766000 - |
| 02/01/2018 | $1,700.00 | 4637664000 - | 03/02/2018 | $1,700.00 | 4719787000 - |
| 04/02/2018 | $1,700.00 | 4794804000 | 05/01/2018 | $1,700.00 | 4876492000 |
| 06/01/2018 | $1,700.00 | 4956818000 | 07/02/2018 | $1,700.00 | 5034291000 |
| 08/01/2018 | $1,700.00 | 5117736000 | 09/04/2018 | $1,700.00 | 5199440000 |
| 10/02/2018 | $1,700.00 | 5281402000 | 11/01/2018 | $1,700.00 | 5356780000 |
| 12/03/2018 | $1,700.00 | 5438436000 | 01/04/2019 | $1,700.00 | 5519622000 |
| 01/09/2019 | $1,700.00 | 5532632000 | 01/09/2019 | ($1,700.00) | 5519622000 |
| 02/15/2019 | $1,700.00 |  | 03/08/2019 | $1,700.00 |  |
| 04/09/2019 | $1,700.00 |  | 05/08/2019 | $1,700.00 |  |
| 06/10/2019 | $1,700.00 |  | 07/11/2019 | $1,700.00 |  |
| 08/09/2019 | $1,700.00 |  | 09/10/2019 | $1,700.00 |  |
| 10/09/2019 | $1,700.00 |  | 11/12/2019 | $1,700.00 |  |
| 12/10/2019 | $1,700.00 |  | 01/10/2020 | $1,700.00 |  |
| 02/12/2020 | $1,700.00 |  | 03/11/2020 | $1,700.00 |  |
| 04/13/2020 | $1,700.00 |  | 05/11/2020 | $1,700.00 |  |
| 06/09/2020 | $1,700.00 |  | 07/10/2020 | $1,700.00 |  |
| 08/11/2020 | $1,700.00 |  | 09/10/2020 | $1,700.00 |  |
| 10/08/2020 | $1,700.00 |  | 11/10/2020 | $1,700.00 |  |
| 12/10/2020 | $1,700.00 |  | 01/12/2021 | $1,700.00 |  |
| 02/11/2021 | $1,700.00 |  | 03/11/2021 | $1,700.00 |  |
| 04/12/2021 | $1,700.00 |  | 05/13/2021 | $1,700.00 |  |
| 06/11/2021 | $1,700.00 |  | 07/13/2021 | $1,700.00 |  |
| 08/11/2021 | $1,700.00 |  | 09/13/2021 | $1,700.00 |  |
| 10/13/2021 | $1,700.00 |  | 11/15/2021 | $1,700.00 |  |

**Chapter 13 Case # 17-15241**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/15/2021 | $1,700.00 | | 01/14/2022 | $1,700.00 | |
| 02/14/2022 | $1,700.00 | | 02/15/2022 | $1,700.00 | |
| 02/16/2022 | ($1,700.00) | | 03/14/2022 | $1,700.00 | |

**Total Receipts: $98,850.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $98,850.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,671.62 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 109.92 | 100.00% | 109.92 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,623.22 | * | 807.52 | |
| 0007 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 585.07 | * | 291.06 | |
| 0010 | KOHL S DEPARTMENT STORE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TD BANK NA | UNSECURED | 75,300.00 | * | 37,460.22 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 52,347.88 | 100.00% | 52,347.88 | |
| 0018 | ALLY CAPITAL | VEHICLE SECURE | 72.69 | 100.00% | 72.69 | |
| 0019 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | ORION PORTFOLIO SERVICING LLC | UNSECURED | 198.17 | * | 98.59 | |
| 0021 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 350.00 | 100.00% | 350.00 | |

**Total Paid: $97,209.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 12/18/2017 | $7.43 | 792584 | | 01/22/2018 | $14.47 | 794409 |
| | 03/19/2018 | $12.74 | 798152 | | 05/14/2018 | $7.56 | 801932 |
| | 07/16/2018 | $7.58 | 805822 | | 09/17/2018 | $7.68 | 809702 |
| | 11/19/2018 | $7.67 | 813596 | | 01/14/2019 | $7.56 | 817402 |
| ALLY FINANCIAL | | | | | | | |
| | 12/18/2017 | $6.58 | 792589 | | 01/22/2018 | $12.83 | 794414 |
| | 03/19/2018 | $11.29 | 798157 | | 05/14/2018 | $6.70 | 801937 |
| | 07/16/2018 | $6.72 | 805827 | | 09/17/2018 | $6.81 | 809707 |
| | 11/19/2018 | $6.80 | 813601 | | 01/14/2019 | $6.70 | 817407 |
| | 03/18/2019 | $10.08 | 821268 | | 05/20/2019 | $6.78 | 825290 |
| | 07/15/2019 | $6.84 | 829177 | | 09/16/2019 | $6.93 | 833159 |
| | 11/18/2019 | $6.44 | 837254 | | 01/13/2020 | $6.44 | 841080 |
| | 03/16/2020 | $1.98 | 844860 | | | | |

**Chapter 13 Case # 17-15241**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 03/16/2020 | $16.83 | 845292 | | 04/20/2020 | $11.51 | 847233 |
| | 05/18/2020 | $11.53 | 849089 | | 06/15/2020 | $11.83 | 850783 |
| | 07/20/2020 | $11.85 | 852601 | | 08/17/2020 | $11.84 | 854459 |
| | 09/21/2020 | $11.83 | 856296 | | 10/19/2020 | $11.85 | 858158 |
| | 11/16/2020 | $11.83 | 859945 | | 12/21/2020 | $11.85 | 861781 |
| | 02/22/2021 | $23.68 | 865282 | | 03/15/2021 | $11.84 | 867079 |
| | 04/19/2021 | $11.84 | 868810 | | 04/19/2021 | ($11.84) | 868810 |
| | 04/19/2021 | $11.84 | 869686 | | 05/17/2021 | $12.02 | 870698 |
| | 06/21/2021 | $12.04 | 872502 | | 07/19/2021 | $12.03 | 874279 |
| | 08/16/2021 | $12.03 | 875972 | | 09/20/2021 | $12.03 | 877723 |
| | 10/18/2021 | $12.16 | 879469 | | 11/17/2021 | $12.16 | 881183 |
| | 01/10/2022 | $12.16 | 884453 | | 02/14/2022 | $12.17 | 886162 |
| | 03/14/2022 | $12.15 | 887861 | | | | |
| ORION PORTFOLIO SERVICING LLC | | | | | | | |
| | 03/16/2020 | $5.70 | 844483 | | 05/18/2020 | $7.80 | 848390 |
| | 07/20/2020 | $8.02 | 851828 | | 09/21/2020 | $8.03 | 855483 |
| | 11/16/2020 | $8.02 | 859192 | | 02/22/2021 | $12.03 | 864391 |
| | 04/19/2021 | $8.02 | 867918 | | 06/21/2021 | $8.14 | 871631 |
| | 08/16/2021 | $8.15 | 875172 | | 10/18/2021 | $8.20 | 878685 |
| | 01/10/2022 | $8.24 | 883687 | | 03/14/2022 | $8.24 | 887087 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/16/2020 | $46.68 | 8001443 | | 04/20/2020 | $31.96 | 8001482 |
| | 05/18/2020 | $31.96 | 8001532 | | 06/15/2020 | $32.85 | 8001591 |
| | 07/20/2020 | $32.86 | 8001651 | | 08/17/2020 | $32.84 | 8001715 |
| | 09/21/2020 | $32.85 | 8001772 | | 10/19/2020 | $32.85 | 8001836 |
| | 11/16/2020 | $32.84 | 8001892 | | 12/21/2020 | $32.85 | 8001947 |
| | 02/22/2021 | $65.70 | 8002065 | | 03/15/2021 | $32.85 | 8002123 |
| | 04/19/2021 | $32.84 | 8002171 | | 05/17/2021 | $33.39 | 8002234 |
| | 06/21/2021 | $33.37 | 8002277 | | 07/19/2021 | $33.38 | 8002330 |
| | 08/16/2021 | $33.39 | 8002383 | | 09/20/2021 | $33.38 | 8002432 |
| | 10/18/2021 | $33.74 | 8002481 | | 11/17/2021 | $33.74 | 8002529 |
| | 01/10/2022 | $33.72 | 8002633 | | 02/14/2022 | $33.74 | 8002683 |
| | 03/14/2022 | $33.74 | 8002741 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 01/14/2019 | $1,595.97 | 818186 | | 02/11/2019 | $1,595.97 | 820091 |
| | 03/18/2019 | $3,203.25 | 822074 | | 04/15/2019 | $1,599.74 | 824097 |
| | 05/20/2019 | $1,628.58 | 826120 | | 06/17/2019 | $1,628.58 | 828071 |
| | 07/15/2019 | $1,628.58 | 829933 | | 08/19/2019 | $1,628.58 | 831962 |
| | 09/16/2019 | $1,670.99 | 833943 | | 10/21/2019 | $1,532.51 | 836005 |
| | 10/21/2019 | $75.87 | 836005 | | 11/18/2019 | $75.87 | 838051 |
| | 11/18/2019 | $1,532.51 | 838051 | | 12/16/2019 | $1,532.51 | 839932 |
| | 12/16/2019 | $75.87 | 839932 | | 01/13/2020 | $75.86 | 841823 |
| | 01/13/2020 | $1,532.51 | 841823 | | 05/18/2020 | $939.84 | 849394 |
| | 05/18/2020 | $46.53 | 849394 | | | | |

**Chapter 13 Case # 17-15241**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | |
| | 03/16/2020 | $2,165.65 | 844482 | 04/20/2020 | $1,482.62 | 846427 |
| | 05/18/2020 | $1,482.62 | 848389 | 06/15/2020 | $1,523.80 | 850069 |
| | 07/20/2020 | $1,523.79 | 851827 | 08/17/2020 | $1,523.81 | 853713 |
| | 09/21/2020 | $1,523.80 | 855482 | 10/19/2020 | $1,523.80 | 857396 |
| | 11/16/2020 | $1,523.80 | 859191 | 12/21/2020 | $1,523.81 | 860966 |
| | 02/22/2021 | $3,047.60 | 864390 | 03/15/2021 | $1,523.81 | 866353 |
| | 04/19/2021 | $1,523.81 | 867917 | 05/17/2021 | $1,548.52 | 869872 |
| | 06/21/2021 | $1,548.51 | 871630 | 07/19/2021 | $1,548.51 | 873488 |
| | 08/16/2021 | $1,548.52 | 875171 | 09/20/2021 | $1,548.50 | 876893 |
| | 10/18/2021 | $1,565.00 | 878684 | 11/17/2021 | $1,564.99 | 880392 |
| | 01/10/2022 | $1,564.99 | 883686 | 02/14/2022 | $1,564.97 | 885353 |
| | 03/14/2022 | $1,564.99 | 887086 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 11/20/2017 | $1,544.35 | 792015 | 12/18/2017 | $1,592.58 | 793872 |
| | 01/22/2018 | $6,108.16 | 795740 | 02/20/2018 | $1,592.58 | 797560 |
| | 03/19/2018 | $3,788.03 | 799420 | 04/16/2018 | $1,592.59 | 801296 |
| | 05/14/2018 | $1,601.05 | 803185 | 06/18/2018 | $1,601.05 | 805168 |
| | 07/16/2018 | $1,601.05 | 807071 | 08/20/2018 | $1,601.05 | 809057 |
| | 09/17/2018 | $1,641.67 | 810933 | 10/22/2018 | $1,641.66 | 812903 |
| | 11/19/2018 | $1,595.97 | 814795 | 12/17/2018 | $1,595.97 | 816702 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: April 05, 2022.

Receipts: $98,850.00   -   Paid to Claims: $91,537.88   -   Admin Costs Paid: $5,671.62   =   Funds on Hand: $1,640.50

Base Plan Amount: $98,850.00   -   Receipts: $98,850.00   =   Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY   AFFECT THE AMOUNT TO COMPLETE THE PLAN.