| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **JOHN BAVARO** | Social Security number or ITIN  xxx–xx–9058 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15241–RG | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

JOHN BAVARO

<u>5/26/22</u>

**By the court:** <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 17-15241-RG

JOHN BAVARO                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                   Page 1 of 3

Date Rcvd: May 26, 2022                  Form ID: 3180W                           Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOHN BAVARO, 36 Star Lake Road, Bloomingdale, NJ 07403-1220 |
| cr | + | Specialized Loan Servicing, LLC as servicing agent, POB 340514, Tampa, FL 33694-0514 |
| 516707514 | + | Ally Financial, Inc., Ally Detroit Center, 500 Woodward Avenue, Detroit, MI 48266-0001 |
| 516707517 | + | Cheryl Bavaro, 36 Star Lake road, Bloomingdale, NJ 07403-1220 |
| 516707521 | + | TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |
| 516707520 | | TD Bank, Route 70, Marlton, NJ 08053 |
| 516937652 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 516707522 | + | U.S. Bank Nat'l Assoc., Trustee, Attn: Milstead & Associates, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: RMSC.COM | May 27 2022 00:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516707510 | | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Auto, PO Box 380902, Minneapolis, MN 55438-0902 |
| 516707511 | | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Bank, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 516707512 | + | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Bank, PO Box 951, Horsham, PA 19044-0951 |
| 516743455 | | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519277859 | + | EDI: AISACG.COM | May 27 2022 00:38:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516742963 | | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516707513 | + | EDI: GMACFS.COM | May 27 2022 00:38:00 | Ally Financial, P. O. Box 380901, Minneapolis, MN 55438-0901 |
| 516707516 | + | EDI: CAPITALONE.COM | May 27 2022 00:38:00 | Capital One Bank, Corporate Headquarters, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 516707515 | + | EDI: CAPITALONE.COM | May 27 2022 00:38:00 | Capital One Bank, 1680 Capital One Drive, Mc |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 26, 2022 | Form ID: 3180W | Total Noticed: 32

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lean, VA 22102-3407 |
| 516707518 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2022 20:45:15 | Credit One Bank, 585 E Pilot Rd, Las Vegas, NV 89119-3619 |
| 516707519 | + | Email/Text: PBNCNotifications@perituservices.com | May 26 2022 20:41:00 | Kohl s Department Store, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 516818953 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 20:45:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516876926 | + | EDI: RECOVERYCORP.COM | May 27 2022 00:38:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516941380 | | EDI: PRA.COM | May 27 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517935556 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 20:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516708862 | + | EDI: RMSC.COM | May 27 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516892768 | | EDI: TDBANKNORTH.COM | May 27 2022 00:38:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 70 Gray Road, Falmouth, ME 04105 |
| 518509150 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 20:41:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516830745 | + | EDI: WFFC.COM | May 27 2022 00:38:00 | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516707523 | + | EDI: WFFC.COM | May 27 2022 00:38:00 | Wells Fargo, Law Department, MACA194-263, 45 Fremont Avenue, 26th Floor, San Francisco, CA 94105-2223 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 517935557 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: May 26, 2022 | Form ID: 3180W | Total Noticed: 32

Date: May 28, 2022            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association  as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association  as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC as servicing agent for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 bk@stewartlegalgroup.com |
| Glenn R Reiser | on behalf of Debtor JOHN BAVARO greiser@shapiro-croland.com  r.gr75895@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1 Asset-Backed Certificates, Series 2006-AC1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael Blaine | on behalf of Creditor TD Bank  N.A. mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12